UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARKET ORGANIZATION, INC.,

Plaintiff,

- against -

FATTMERCHANT, INC., ET AL.,

Defendants.

26-cv-5692 (JGK)

Order

**John G. Koeltl, District Judge:**

The plaintiff may file a response to the defendants' motion to dismiss (ECF No. 22) by **October 30, 2026.** The defendants may file a reply in support of their motion to dismiss by **November 13, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
September 8, 2026

John G. Koeltl
United States District Judge